# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **V.** | : | |
| | : | |
| **LAWRENCE R. LAWTON** | : | **NO: 96-cr-584-ALL** |

## ORDER

**AND NOW**, this **30th** day of **JUNE, 2010**, it is hereby

**ORDERED** that the above-captioned case is reassigned at random pursuant to Local Rule 3(a) of the Local Rules of Criminal Procedure from the calendar of the Honorable James T. Giles to the calendar of the Honorable Petrese B. Tucker.

                                        **FOR THE COURT:**

                                        **/s/ Harvey Bartle III**
                                        **HARVEY BARTLE III**
                                        **Chief Judge**